```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 32266
   DEANNA PEASE
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-0288


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/16/2005 and was confirmed 10/20/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
CHURCH OF THE BETHEREN   SECURED                  .00          .00            .00
CHURCH OF THE BETHEREN   UNSECURED                .00          .00            .00
FIDELITY BANK            CURRENT MORTG            .00          .00            .00
FIDELITY BANK            MORTGAGE ARRE      18921.16          .00       18921.16
RONALD PEASE             NOTICE ONLY      NOT FILED           .00            .00
JAMES A YOUNG            DEBTOR ATTY        1,200.00                    1,200.00
TOM VAUGHN               TRUSTEE                                        1,274.03
DEBTOR REFUND            REFUND                                             2.13

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 21,397.32

PRIORITY                                           .00
SECURED                                      18,921.16
UNSECURED                                          .00
ADMINISTRATIVE                                1,200.00
TRUSTEE COMPENSATION                          1,274.03
DEBTOR REFUND                                     2.13
                        --------------     --------------
TOTALS                    21,397.32           21,397.32
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 32266 DEANNA PEASE

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 32266 DEANNA PEASE